Minoru M. FREUND, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 06-3140.

United States Court of Appeals, Federal Circuit.

May 22, 2006.

*ORDER*

Minoru M. Freund has complied with the court's order of April 19, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Pursuant to the court's order, the respondent should compute the due date for filing its brief from the date of service of petitioner's brief.

Aisha GOODISON, Plaintiff-Appellant,

v.

WASHINGTON MUTUAL BANK, Law Offices of Marshall C. Watson, P.A., Michelle E. Olenn, Scott R. Weiss, Laura M. Carbo, and Faby Vargas, Defendants-Appellees,

and

City of Miami Shores, Richard Sarafan, Genovese Joblove and Battista, Allison R. Day, and Carlos E. Sardi, Defendants-Appellees,

and

Irene M. Fajardo, Mark A. Matalak, Richard Trumble, Al Berg, Barry Asmus, Barry Perl, John Patnick, John Busta, Rod Buenconsejo, Robert Vickers and Manny Quiroga, Defendants-Appellees.

No. 2006-1332.

United States Court of Appeals, Federal Circuit.

May 23, 2006.

Aisha Goodison, pro se.

*ORDER*

Pursuant to this court's order filed May 1, 2006,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Eleventh Circuit.